```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 34797
   OLUFEMI DOSUNMU
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
  SSN XXX-XX-0797


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/31/2005 and was confirmed 04/06/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/08/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
HOMECOMINGS FINANCIAL NE  CURRENT MORTG         .00            .00           .00
HOMECOMINGS FINANCIAL NE  MORTGAGE ARRE     7087.83        2940.58       7087.83
PIERCE & ASSOC            NOTICE ONLY      NOT FILED          .00           .00
CITIBANK                  UNSECURED        NOT FILED          .00           .00
CAPITAL ONE               UNSECURED         1229.08           .00           .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED          .00           .00
NICOR GAS                 UNSECURED        NOT FILED          .00           .00
CAPITAL ONE               UNSECURED          466.81           .00           .00
ECAST SETTLEMENT CORP     UNSECURED          954.30           .00           .00
AMERICAS SERVICING COMPA  CURRENT MORTG         .00            .00           .00
WELLS FARGO HOME MORTGAE  CURRENT MORTG         .00            .00           .00
OTUBUSIN & ASSOC          DEBTOR ATTY           .00                          .00
TOM VAUGHN                TRUSTEE                                         571.09
DEBTOR REFUND             REFUND                                             .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                  RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE          10,599.50

PRIORITY                                        .00
SECURED                                    7,087.83
   INTEREST                                2,940.58
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                          571.09
DEBTOR REFUND                                   .00
                 --------------         --------------
TOTALS            10,599.50                10,599.50


                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 34797 OLUFEMI DOSUNMU
```

  Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/27/08 | /s/ Tom Vaughn |
|  | _____ |
|  | TOM VAUGHN |
|  | CHAPTER 13 TRUSTEE |